AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gajarsa, Arthur J | U.S. Court of Appeals for the Federal Cicuit | 05/15/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Appeals Judge - Active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 717 Madison Place, N.W. <br> Washington, D.C. 20439 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Trustees | Rensselaer Institute |
| 2. Board of Directors | Georgetown University |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2008 MAY 14 P 1:32
FINANCIAL
DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J | 05/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NEW JERSEY INTELLECTUAL PROPERTY LAW ASSOCIATION | 06/08/2007 | SHORT HILLS NJ | 08' JEFFERSON MEDAL AWARD | HOTEL, BREAKFAST |
| 2. | FEDERAL CIRCUIT BAR ASSOCIATION | 06/27/2007 | CAMBRIDGE MD | 9TH BAR & BENCH ANNUAL | HOTEL, PERSONAL CAR MILEAGE, DINNER |
| 3. | INTELLECTUAL PROPERTY SECTION - STATE BAR OF GEORGIA | 11/10/07 - 11/11/07 | SAN JUAN, PUERTO RICO | STATE BAR OF GEORGIA | AIR FARE, TAXI |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J | 05/15/2008 |

5. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J | 05/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. COIN COLLECTION | | None | L | W | | | | | |
| 2. BANK OF AMERICA | A | Interest | K | T | | | | | |
| 3. ROCKYWOLD DEEPHAVEN CAMPS | A | Dividend | K | T | | | | | |
| 4. MARINER TOWER LP KENNEBUNKPORT ME | G | Rent | J | U | | | | | |
| 5. SPECIAL SITUATIONS LIFE SCIENCES FUND LP | D | Dividend | N | U | | | | | |
| 6. CITIBANK BANK DEPOSIT PROGRAM | D | Interest | L | T | | | | | |
| 7. WESTERN ASSET MONEY MARKET FUND CLASS A | A | Dividend | J | T | | | | | |
| 8. CHASE PACKAGING CORP TEX | | None | K | T | | | | | |
| 9. FIDELITY & TRUST FINANCIAL CORP | | None | L | T | | | | | |
| 10. HOLOGIC INC | | None | K | T | BUY | 04/02 | K | | |
| 11. WYETH | B | Dividend | L | T | BUY | 07/25 | L | | |
| 12. DOW JONES & CO INC | A | Dividend | | | SELL | 07/24 | L | D | |
| 13. CITIBANK BANK DEPOSIT PROGRAM | D | Interest | K | T | | | | | |
| 14. WESTERN ASSET MONEY MARKET FUND CLASS A | A | Dividend | J | T | | | | | |
| 15. CONSOLIDATED EDISON | C | Dividend | L | T | | | | | |
| 16. FEDERAL REALTY INVESTMENT TRUST | B | Dividend | K | T | | | | | |
| 17. NSTAR | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. UDR INC ( FORMALLY UNITED DOMINION REALTY TRUST INC) | B | Dividend | K | T | | | | | |
| 19. UNIVERSAL HEALTH REALTY INCOME TRUST | D | Dividend | M | T | | | | | |
| 20. WYETH | A | Dividend | K | T | BUY | 07/25 | L | | |
| 21. MASSMUTUAL CORPORATE INVESTORS | D | Dividend | M | T | | | | | |
| 22. MASS MUTUAL PARTICIPATION INVS | D | Dividend | M | T | | | | | |
| 23. EATON VANCE GREATER INDIA FUND | D | Dividend | L | T | | | | | |
| 24. DOW JONES & CO INC | A | Dividend | | | SELL | 07/24 | L | D | |
| 25. CITIBANK NA BANK DEPOSIT PROGRAM | B | Interest | L | T | | | | | |
| 26. CITI CORP TRUST BANK | B | Interest | L | T | | | | | |
| 27. CITIBANK NA SOUTH DAKOTA BNK DEPO PRGM | D | Interest | O | T | | | | | |
| 28. ANADIGICS INC | | None | K | T | PART -BUY | 05/16 | K | | |
| 29. ANADIGICS INC | | None | K | T | PART - BUY | 04/27 | K | | |
| 30. ANADIGICS INC | | None | K | T | PART - BUY | 04/26 | K | | |
| 31. APPLE INC - LONG CALL EXP 01/17/09 | | None | L | T | BUY | 10/27 | L | | |
| 32. CORNING INC | A | Dividend | L | T | | | | | |
| 33. EASTMAN KODAK CALLS LT OPTION EXP 1/17/09 | | None | J | T | BUY | 06/05 | J | | |
| 34. YAHOO CALL OPTION OCT 07 | | None | | | BUY | 05/04 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

|  |  |  | (1) | | | (4) | | | transaction) |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  | (Q-W) | | | | | | |
| 35. | YAHOO CALL OPTION OCT 07 |  | None |  |  | BUY | 05/04 | J |  |
| 36. | YAHOO CALL OPTION OCT 07 |  | None |  |  | EXPIRE | 10/01 | K |  |
| 37. | ENERGY CONVERSION DEVICES INC |  | None | L | T |  |  |  |  |
| 38. | MICROSOFT CORP | A | Dividend | L | T |  |  |  |  |
| 39. | MOTOROLA INC | D | Dividend | N | T | PART-SELL | 06/30 | M |  |
| 40. | MOTOROLA INC | D | Dividend | N | T | PART-SELL | 12/31 | K |  |
| 41. | NATIONSHEALTH INC |  | None | J | T | BUY | 11/21 | J |  |
| 42. | RUMSON-FAIR HAVEN BK & TRUST CO |  | None | K | T | PART-SELL | 06/20 | J | A |
| 43. | TGC INDUSTRIES INC |  | None | N | T |  | . |  |  |
| 44. | UNIVERSAL HEALTH REALTY INCOME TRUST | C | Dividend | L | T |  |  |  |  |
| 45. | WYETH | A | Dividend | K | T | BUY | 02/14 | K |  |
| 46. | POWERSAHRES EXCHANGE - TRADED FD |  | None | K | T |  |  |  |  |
| 47. | AIM SELECT REAL ESTATE INCOME FUND | E | Dividend | K | T |  |  |  |  |
| 48. | EATON VANCE GREATER INDIA FUND | D | Dividend | M | T |  |  |  |  |
| 49. | MARYLAND ST HEALTH & HIGHER EDUCATION | C | Interest | L | T |  |  |  |  |
| 50. | CPI NORTH AMERICA SER A | D | Interest | M | T |  |  |  |  |
| 51. | CAPITOL PRIVATE OPP LP |  | None | L | T |  |  |  |  |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | NUVEEN INVESTMENT QUALITY MUNICIPAL FUND INC | A | Interest | | | SELL | 02/26 | K | | |
| 53. | NUVEEN SELECT QUALITY MUNICIPAL FUND INC | A | Interest | | | SELL | 02/28 | K | | |
| 54. | NUVEEN INSURED MUNICIPAL OPPORTUNITY FUND INC | A | Interest | | | SELL | 03/01 | K | | |
| 55. | NUVEEN INSURED MUNICIPAL OPPORTUNITY FUND INC | A | Interest | | | SELL | 02/23 | K | | |
| 56. | DOW JONES & CO INC | A | Dividend | | | PART-BUY | 01/03 | K | | |
| 57. | DOW JONES & CO INC | A | Dividend | | | PART-BUY | 02/14 | K | | |
| 58. | DOW JONES & CO INC | B | Dividend | | | SELL | 12/17 | L | E | |
| 59. | WACHOVIA CORP 2ND NEW | C | Dividend | | | SELL | 09/17 | L | E | |
| 60. | SUPREME INDS INC CA | A | Dividend | | | BUY | 02/15 | J | | |
| 61. | SUPREME INDS INC CA | | None | | | SELL | 08/27 | J | | |
| 62. | RITE AID CORP | | None | | | SELL | 09/28 | L | F | |
| 63. | SMITH BARNEY IRA -20-12 | A | Int./Div. | J | T | | | | | |
| 64. | - CITI BANK NA BANK DEPOSIT PROGRAM | | | | | | | | | |
| 65. | -CITIBANK NA SOUTH DAKOTA BNK DEPO PRGM | | | | | | | | | |
| 66. | - BANK OF AMERICA CORP | | | | | | | | | |
| 67. | - CELLPOINT INC | | | | | | | | | |
| 68. | SMITH BARNEY IRA - 80-16 | E | Int./Div. | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - CITIBANK NA BANK DEPOSIT PROGRAM | | | | | | | | | |
| 70. -CITIBANK NA SOUTH DAKOTA BNK DEPO PRGM | | | | | | | | | |
| 71. - CITICORP TRUST BANK, FSB | | | | | | | | | |
| 72. -DIANA SHIPPING INC | | | | | BUY | 11/09 | L | | |
| 73. - ANADIGICS INC | | | | | BUY | 05/02 | K | | |
| 74. -CHASE PACKAGING CORP TEX | | | | | BUY | 09/13 | K | | |
| 75. - ENERGY CONVERSION DEVICES INC | | | | | PART- BUY | 09/25 | K | | |
| 76. -HEALTH CARE REIT INC | | | | | | | | | |
| 77. - INTERMEC INC FORMALLY CALLED - UNOVA INC | | | | | | | | | |
| 78. - INTRAOP MEDICAL CORP | | | | | BUY | 11/13 | J | | |
| 79. - MOTOROLA INC | | | | | | | | | |
| 80. - RUMSON-FAIR HAVEN BK & TRUST CO | | | | | PART- BUY | 11/21 | J | | |
| 81. - SOHU.COM INC | | | | | | | | | |
| 82. - TGC INDUSTRIES INC | | | | | PART- BUY | 05/14 | L | | |
| 83. - TGC INDUSTRIES INC | | | | | PART- BUY | 08/03 | K | | |
| 84. - TIME WARNER INC NEW | | | | | | | | | |
| 85. - UNIVERSAL HEALTH REALTY INCOME TRUST | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - WACHOVIA CORP 2ND NEW | | | | | | | | | |
| 87. - MASS MUTUAL PARTICIPATION INVS | | | | | | | | | |
| 88. -CVCI CAYMEN OFF II CLA | | | | | PART-BUY | 03/26 | K | | |
| 89. -DOW JONES & CO INC | | | | | PART- BUY | 02/02 | K | | |
| 90. -DOW JONES & CO INC | | | | | PART- BUY | 01/25 | K | | |
| 91. -DOW JONES & CO INC | | | | | SELL | 05/09 | L | E | |
| 92. - EVERGREEN INCOME ADVANTAGE FUND | | | | | SELL | 05/07 | L | | |
| 93. - JOHN HANCOCK PREFERRED INCOME FUND | | | | | SELL | 01/25 | K | | |
| 94. - RITE AID CORP | | | | | SELL | 09/28 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gajarsa, Arthur J | 05/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART VII. INVESTMENTS AND TRUST:

IN 2007, FOR ALL IRA'S, LISTED TOTAL INCOME AND VALUE FOR THE ENTIRE IRA, AND LISTED INDIVIDUAL SECURITES BELOW WHICH ARE PRECEDED BY A "-".

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



# United States Court of Appeals
## for the Federal Circuit

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

CHAMBERS OF
JUDGE ARTHUR J. GAJARSA

(202) 633-6570

July 17, 2008

Judge Ortrie D. Smith, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Financial Disclosure – Calendar Year 2007

Dear Judge Smith:

In response to your letter dated July 1, 2008, please see the following explanations:

- Part VII, page 5, lines 7 and 14 were both money market funds which were purchased at various times during 2007, each total $15,000 or less;
- Part VII, page 6, line 26 is another money market fund which was purchased at various times during 2007 totaling between $50,001 and $100,000;
- Part VII, page 7, line 51 is a limited partnership which was purchased in 2007 for between $50,001 and $100,000;
- Part VII, page 8, line 67 is a stock in an IRA which had a value below the reporting threshold for both 2006 and 2007;
- "Ortek Therapeutics", Part VII, page 5, line 7, of the 2006 report should have been included on the 2007 report and was inadvertently omitted. It has no income, with a value between $15,001 and $50,000, similar to the information disclosed in 2006; and
- "Citigroup Smith Barney Government Money Market", Part VII, page 6, line 33 of the 2006 report was fully liquidated at December 31, 2006.

This should answer all of your questions. If you need additional information, please advise.

Very truly yours,



Circuit Judge